589

*White* and *John S. Coleman* for petitioner. *Mr. Thomas E. Knight, Jr.,* for respondent. █

No. 359. Rocco, Executrix, *v.* Lehigh Valley R. Co. October 17, 1932. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Clayton R. Lusk* and *Abraham W. Feinberg* for petitioner. *Messrs. Howard Cobb* and *Harold E. Simpson* for respondent.

No. 379. Pennsylvania R. Co. *v.* Chamberlain, Administratrix. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Roscoe H. Hupper, Frederic D. McKenney,* and *Morton L. Fearey* for petitioner. *Mr. Sol Gelb* for respondent. █

No. 330. McDonnell *v.* United States; and

No. 331. Truda *v.* Same. October 24, 1932. Petitions for writs of certiorari to the Court of Claims granted limited to the question of the validity of the waiver under § 278(e) of the Revenue Act of 1924. *Mr. Robert Ash* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, H. Brian Holland,* and *Erwin N. Griswold* for the United States.

No. 364. St. Louis Southwestern Ry. Co. *v.* Missouri Pacific R. Co. October 24, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Harold R. Small* and *Arthur L. Adams* for petitioner. *Messrs. Robert E. Wiley* and *Edward J. White* for